IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

A. COLE ONSTAD                                                              PLAINTIFF
ADC #128493

v.                                    CASE NO. 4:21-CV-01202-BSM

DEXTER PAYNE, *et al.*                                                 DEFENDANTS

## ORDER

Having carefully reviewed the record, Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 60] is adopted and defendants' motion for summary judgment [Doc. No. 50] is granted in part and denied in part.  A. Cole Onstad's free speech claim regarding the rejection of *White Voice* is dismissed with prejudice.  Accordingly, defendants Dale Reed, Christopher Johnson, James Shipman, Laura McEwen, Douglas Boultinghouse, McKinzy Dunn, Christopher Fifer, Michael Richardson, Wendy Kelley, and Brandon Carroll are dismissed with prejudice.  Onstad may proceed on his free speech claim against Dexter Payne, James Gibson, Scott Taylor, and Keith Waddle regarding his disciplinary conviction. Onstad's motion to appoint counsel [Doc. No. 64] is denied because *pro se* litigants do not have a constitutional or statutory right to appointment of counsel in civil cases and the facts alleged are not beyond what a *pro se* litigant can handle. *See Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018).

IT IS SO ORDERED this 6th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE